STEVEN W. MYHRE
Acting United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Alexandra.m.michael@usdoj.gov

Attorney for the plaintiff United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | 2:17-mj-00709-GWF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | PRELIMINARY HEARING |
| | ) | (*First request*) |
| OREN SNOWDEN, | ) | |
| Defendant. | ) | |

### STIPULATION TO CONTINUE PRELIMINARY HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and Alexandra Michael., Assistant United States Attorney, counsel for the United States of America, Arnold Weinstock, Esq., counsel for Defendant OREN SNOWDEN, that the preliminary hearing for the above-captioned matter, currently scheduled for July 26, 2017, at the hour of 3:00 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than thirty (30) days.

This stipulation is entered for the following reasons:

1.  The parties need additional time to discuss a potential resolution that may obviate the need for a pre-liminary hearing.

2.  The defendant is in custody and does not object to the continuance.

3.      The parties agree to the continuance.

4.      Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.      The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

7.      This is the first request for a continuance of the preliminary hearing herein.

DATED: July 13, 2017.

/s/
ALEXANDRA MICHAEL
Assistant United States Attorney
Counsel for the United States

/s/
ARNOLD WEINSTOCK
Counsel for Defendant OREN SNOWDEN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00709-GWF |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **PRELIMINARY HEARING** |
| vs. | ) | |
| | ) | |
| OREN SNOWDEN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for July 26, 2017, at the hour of 3:00 p.m., be vacated and continued to _____August 29_____, 2017 at the hour of _____4:00 p__.m.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/26/2017